**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRES SANTANA, | ) NO. CV 04-2872 ABC (FMO) |
| Plaintiff, | ) |
| v. | ) **ORDER TO SHOW CAUSE** |
| LEE BACA, et al., | ) |
| Defendants. | ) |

On October 19, 2009, defendants Timothy Louis ("Louis"), Gilbert Cross ("Cross"), Scott Carter ("Carter"), Kevin Lawler ("K. Lawler") and Scott Lawler ("S. Lawler") each served plaintiff with their first set of interrogatories ("Interrogatories") and first set of requests for production of documents ("Requests"). (Defendants' Opposition to Plaintiff's "Ex Parte Application for an Order Permitting the Late Filing of Motion to Withdraw Admissions Deemed Admitted, Etc.," Declaration of Rina M. Mathevosian ("Mathevosian Decl.") at ¶¶ 3-4). Since plaintiff failed to timely respond to the Interrogatories or Requests, on December 21, 2009, defendants Louis, Cross, Carter, K. Lawler and S. Lawler filed a "Notice of Motion and Motion to Compel Plaintiff's Responses to Discovery and to Deem Facts as Admitted" ("Motion to Compel"), (see Mathevosian Decl. at ¶ 5), which plaintiff failed to oppose. On February 22, 2010, this court granted, in relevant part, the Motion to Compel and ordered plaintiff by no later than March 15, 2010, to provide without

objection complete responses to the Interrogatories and produce without objection all documents responsive to the Requests. (Court's Order of February 22, 2010, at 2-4).

Plaintiff did not comply with the Court's Order of February 22, 2010 Order (Mathevosian Decl. at ¶ 7), and, on April 6, 2010, defendants Louis, Cross, Carter, K. Lawler and S. Lawler filed a "Notice of Motion and Motion for Terminating Sanctions" ("Motion") against plaintiff. Although plaintiff failed to file an opposition to the Motion, the court declined to impose terminating sanctions against plaintiff. Instead, on June 10, 2010, the court issued an order denying without prejudice the request for terminating sanctions, sanctioned plaintiff $155.00 and offered plaintiff one final opportunity to respond to the outstanding discovery, requiring plaintiff to make such responses, without objection, by no later than June 30, 2010. (Court's Order of June 10, 2010, at 2-4).

On April 13, 2011, the defendants submitted evidence to the court demonstrating that plaintiff has still not complied with the Court's Orders of February 22, 2010, and June 10, 2010. (See Mathevosian Decl. at ¶¶ 3-7). Accordingly, IT IS HEREBY ORDERED THAT plaintiff, no later than **May 16, 2011**, shall show cause in writing why this action should not be dismissed pursuant to Federal Rules of Civil Procedure 41(b) and the court's inherent powers for failure to comply with the Court's Orders of February 22, 2010, and June 10, 2010. Failure to timely file a written response to this Order may result in dismissal of this action for failure to comply with the Court's Orders of February 22, 2010, and June 10, 2010.

IT IS SO ORDERED.

Dated the 26th day of April, 2011.

/s/
Fernando M. Olguin
United States Magistrate Judge