# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES SANTANA, | NO. CV 04-2872 ABC (FMO) |
|     Plaintiff, | |
| v. | **JUDGMENT** |
| LEE BACA, et al., | |
|     Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 5, 2011.

*/s/ Audrey B. Collins*

AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE